UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-cv-24170-KING

WILLIS KETTRELL,

    Plaintiff,

v.

NCL (BAHAMAS) LTD,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

THIS CAUSE is before the Court on Defendant Norwegian Cruise Line's Motion to Dismiss (the "Motion") (DE 10), filed November 27, 2019. Norwegian seeks dismissal of Plaintiff's Amended Complaint. (DE 8). The Court has carefully considered Defendant's Motion, Plaintiff's Response in Opposition (DE 11), and Defendant's Reply (DE 12), and is otherwise fully advised in the premises.

Plaintiff alleges that on April 23, 2019, while he was a passenger aboard the *Norwegian Dawn*, he sustained injuries while participating in a zipline excursion at a port of call. (*See* Am. Compl.). Plaintiff alleges (1) direct negligence against Norwegian and (2) negligent hiring against Norwegian for failure to hire a competent excursion operator. (*See id.* at 6, 11). Norwegian now moves to dismiss both claims under Rule 12(b)(6) for failure to state enough facts to plausibly support a claim to relief. (*See generally* Mot.). After careful consideration, the Court finds that Plaintiff has pled sufficient facts, which taken as true, plausibly state a claim on which relief may be granted.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Defendant's Motion to Dismiss **(DE 10)** be, and the same hereby is, **DENIED.**

2. Defendant shall file its Answer to Plaintiff's Amended Complaint within **thirty (30) days** from the date of this Order.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 9th day of January, 2020.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

**cc:**    **All counsel of record**